UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

__Master Kaye Balah Aluah__
Write the full name of each plaintiff.

\_\_\_\_CV_____
(Include case number if one has been assigned)

-against-

__Officer Pacheco #__   __Officer Biech__
__# 2. Harris #144__

**COMPLAINT**

Do you want a jury trial?
☒ Yes   ☐ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

RECEIVED SDNY PRO SE OFFICE 2024 FEB 12 PM 12: 27

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

---

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☒ Federal Question

☐ Diversity of Citizenship

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

Excessive Force, Failure to Intervene, False Arrest, Malicious Prosecution

### B. If you checked Diversity of Citizenship

1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____ , is a citizen of the State of
(Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

Master Baye Balah Azuah
First Name    Middle Initial    Last Name

129 Fulton St.
Street Address

NY.                        NY.              10038
County, City              State             Zip Code

___                       ___
Telephone Number          Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

**Defendant 1:** Officer Pacheco
First Name / Last Name

NYPD
Current Job Title (or other identifying information)

District 32
Current Work Address (or other address where defendant may be served)

Brooklyn, NY | NY |
County, City / State / Zip Code

**Defendant 2:** Officer Bliech
First Name / Last Name

NYPD
Current Job Title (or other identifying information)

District 32
Current Work Address (or other address where defendant may be served)

Brooklyn | NY |
County, City / State / Zip Code

**Defendant 3:** Lt. Harris #144
First Name / Last Name

NYPD
Current Job Title (or other identifying information)

District 32
Current Work Address (or other address where defendant may be served)

County, City / State / Zip Code

Defendant 4: _____
First Name                         Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City                State             Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: _Flatbush Ave. Station_

Date(s) of occurrence: _Oct. 10, 2023_

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

_See Attached Pg. (3)_

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Plaintiff was already suffering from a previous injury. Pacheco and Diech's excessive force caused plaintiff great pain and were made worse by their actions.

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

Plaintiff is seeking seven Millions Dollars for damages due to Defendants unlawful acts.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| Dated: 1.26.24  2.12.24 | Plaintiff's Signature: Master Baye Balan Allah |
|---|---|
| First Name: Master  Middle Initial: Baye  Last Name: Balan Allah | |
| Street Address: 129 Fulton St. U2 | |
| County, City: U4 | State: NY | Zip Code: 10038 |
| Telephone Number: None | Email Address (if available): None |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☒ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

On Oct. 10 between the hours of 2 am + 2:45, I, Masice Davis Salaah Allah was at the Flatbush Ave Station when I was approached by an outreach worker who asked me if the phone that was charging was mine. Plaintiff told the worker not to touch the phone. The worker repeated his question and Plaintiff repeated his answer. This seemed to anger the worker. He then went and got the Lt. that was on the scene along with several other officers who are unidentified at this time. Two of these officers were Pacheco and Blech. The Lt. asked Plaintiff he counted the phone that was charging on the bench. The Lt. asked Plaintiff if it was his. He said it is. The Lt. said that there was no hanging outlet. Plaintiff told the Lt. that it was to get on the next train. Plaintiff told the Lt. that as soon as the I was finished with my business that I would go out in the station and that I was to get on the next train. Plaintiff told the Lt. that he does not sleep or hangout in the station. Plaintiff told the Lt. that he was charging his phone and had his book bag in an empty seat on an empty bench that he could have wrote him. The Lt. then told Plaintiff that because he was charging his phone and had his Plaintiff a ticket for both of these things but won't do it. Plaintiff then told the Lt. that he was the only officer who has said anything to Plaintiff about the phone charging and the book bag on the bench and immediately unplugged the phone and removed the book bag. The Lt. then said that Plaintiff would still have to leave the Flatbush Ave Station. Plaintiff repeated what he had told the Lt. earlier that he would leave the station as soon as he finished his business. The Lt. then had one of the officers write Plaintiff a D.A.T. for taking up more than one space on an empty bench. Then he and the seven officers with him surrounded Plaintiff and told Plaintiff that he would have to leave the station. Plaintiff told the Defendants that he was not going to another station or leave the station because Plaintiff had broken no laws and had paid his fare to enter the system. All the Defendants then forcefully removed Plaintiff out of the system. Plaintiff told the Defendants that he would re-enter the system through another entry point. All these events happened on Track 3.

(1)

Plaintiff walked to another entrance and tried to regain entry and was stopped by the defendants at the turnstiles and was not allowed entry. Plaintiff told the defendants that he would wait them out. Defendants then told plaintiff he should go to another station and plaintiff refused. It was at this point that the Lt. ordered Pacheco and Bliech to arrest plaintiff and charge plaintiff with theft of service. This took place at the back entrance of the Flatbush Ave train station.

Plaintiff was taken to District 32. The arresting officers were Pacheco and Bliech. The entire incident was recorded by the defendants at the Flatbush Ave Station and at District 32. Upon entering District 32 Pacheco and Bliech along with an Asian Lt. and the other officers placed their cameras on the desk. Due to plaintiff's injury plaintiff began to rock from side to side. His brother/Pacheco who told plaintiff to stop rocking. Plaintiff refused. Pacheco then tried to make plaintiff stop rocking by pressing down on the (causing pain) cuffs. Then she put her left leg in between plaintiff's and burst through. Plaintiff was still cuffed and was non-violent. Pacheco threw plaintiff to the ground when she realized what she had done and she shouted out for the camera/body "Oh, you're trying to escape?!" Again plaintiff's injury in his legs and lower back made trying to escape impossible. My inability to walk or stand up straight is evident in the videos of the defendants body cams.

While on the ground plaintiff asked Pacheco and Bliech, who was applying pressure on my spine, causing plaintiff pain by pressing down on my back, if they were finished.

After Pacheco threw me to the floor in handcuffs and then having Bliech being thrown on the ground in handcuffs and then having Bliech put his weight on plaintiff's back caused plaintiff's pain to increase forcing defendants to take plaintiff to Kings County Hospital.

(2)

Plaintiff states that Defendants Actions violated Plaintiff's right to be free from excessive force from Pacheco and Bliech. Plaintiff states that the rest of the Defendants did not intervene to stop the excessive force that was used by Pacheco and Bliech. Plaintiff states that the Lt., Pacecho and Bliech false arrested Plaintiff by charging Plaintiff with a violation of the law that Plaintiff did not commit.

Plaintiff states that once he was brought back to District 32 after Bruno Kings County Hospital he was being processed for the false arrest. This was when Lt. Harris came out the office and spoke to the arresting officers and was told by them that Plaintiff had refused to leave when they told Plaintiff to and that Plaintiff had refused to accept the DAT for occupying more than one seat. Then she turns looks at Plaintiff and then states to the arresting officers "Oh you mean he refused to leave when ya'll told him and the DAT. You run him through the system." The arresting officers tried several times to put the arrest through the system but every time it went through CompStat, CompStat told them that they should issue a DAT for the theft of service charge. The order for Plaintiff to go through the system on the theft of service Lt. Harris #144 had to sign off on it which she did. Had she not been determined to make Plaintiff suffer "Bullpen Therapy" Plaintiff would have been home in an hour. This is Malicious Persecution. Plaintiff is asking for 10 Million Dollars for damages caused by defendants Unlawful Acts. Plaintiff is also seeking Punitive Damages for the Pain & Suffering caused by the Defendants.

(3)



